CORNELIUS BAKER, appellant, *vs.* MOSES GOODRICH, appellee.

In case of an appeal from, or objections to a decree of the probate court, the appellant or objector should file his objections in writing ; and if not traversed, the Court will treat them as being demurred to.

If the objections are traversed, the issue is to be joined to the Court, unless the question in issue is upon the *capacity* of a testator, or of *fraud* in the procurement of a will.

THIS was an appeal from a decree of the probate court, ordering the distribution of *Daniel Baker's* estate, according to his will; the appellant having prayed for a distribution thereof according to the provisions of the statute.

There was a question made, as to the *mode* of proceeding, whereupon the Court said the regular way is, for the objector or appellant to file his objections in writing. Those must be traversed, or they will be considered as demurred to *sub silentio*.

On the appellant's having traversed the facts on which the exceptions or objections were grounded, a question was made, whether the issue should be joined to the Court or to a jury.

*Per Curiam*—Let the issue be to the Court. The only questions which the Court would be inclined to send to a jury, are *capacity* of the testator, and *fraud* in the procurement of the will.

*J. H. Hubbard*, for appellant.

*H. Everett*, for appellee.